JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SA CV 11-130-JVS(CWx)                            Date  March 7, 2011

Title  <u>Brett Reynolds, et al. v. Reservation Solutions, Inc., et al.</u>

Present: The Honorable    James V. Selna

　　　Karla J. Tunis　　　　　　　　　　　　　　　Not Present
　　　　Deputy Clerk　　　　　　　　　　　　　　　Court Reporter

　Attorneys Present for Plaintiffs:　　　　　　Attorneys Present for Defendants:
　　　　Not Present　　　　　　　　　　　　　　Not Present

**Proceedings:**    **(In Chambers)**    <u>**Order Denying Defendant's Motion to Dismiss and Remanding Case**</u>

**I.    Procedural History**

　　On December 3, 2010, Plaintiffs Brett Reynolds and Tood Cook (collectively, "Plaintiffs") filed a complaint in Orange County Superior Court against Defendants Reservation Solutions, Inc., Reservation Software, Inc., Donald E. Gore, and Sean Miller (collectively, "Defendants").  On January 24, 2011, Defendant Miller[1] removed the case to federal court based on federal question jurisdiction under 28 U.S.C. § 1331.  Specifically, Miller alleged that the case was removable under 28 U.S.C. § 1441(b) because Plaintiff's ninth cause of action set forth a claim of copyright infringement.  (Doc. No. 1 at ¶ 7.)

　　On January 31, 2011, Miller filed a motion to dismiss Plaintiffs' claims for breach of fiduciary duty, tortuous interference with prospective economic advantage, and constructive trust.  On February 16, 2011, Plaintiffs filed a First Amended Complaint ("FAC") against Defendants,[2] seeking relief for shareholder derivative action, breach of fiduciary duty, violation of California Business and Professions Code § 17200, tortuous

---

　　[1] As of the date of removal, only Miller had been served with Plaintiffs' complaint.

　　[2] All Plaintiffs and Defendants either reside in or have their principal place of business in Orange County, California. (FAC ¶¶ 4-9.)

JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SA CV 11-130-JVS(CWx)                           Date  March 7, 2011

Title  Brett Reynolds, et al. v. Reservation Solutions, Inc., et al.

interference with prospective economic advantage, California common law unfair competition, accounting, and conversion. (Doc. No. 8.) On February 23, 2011, Plaintiff also filed opposition to Miller's motion.

## II. Discussion

Plaintiffs' filing of the FAC renders Miller's motion to dismiss the complaint moot, as the original complaint is no longer the operative pleading. Thus, the motion to dismiss is denied without prejudice as moot.

Because the FAC does not allege copyright infringement, or any other federal cause of action (FAC ¶ 2), the Court no longer has federal question jurisdiction under 28 U.S.C. § 1331. Finding no other basis for exercising its jurisdiction, the Court declines to exercise its discretion to retain the case, and remands the case to Orange County Superior Court.

## III. Conclusion

For the foregoing reasons, Defendant Miller's motion to dismiss is denied without prejudice as moot, and the matter is removed from the Court's March 14, 2011 calendar. The case is remanded for lack of jurisdiction.

IT IS SO ORDERED.

                                                                        :      00

                                          Initials of Preparer       kjt